UNITED STATES *v.* OREGON CENT. MILITARY ROAD Co. *et al.*

*(Circuit Court, D. Oregon.* October 7, 1889.)

PER CURIAM. Similar questions are presented in this case, and the exceptions must be sustained upon the same grounds.